IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAR 2 5 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUANA RIOS-GARCIA, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-019 |
| | § | |
| MARC MOORE, Field Operations Director | § | |
|     Immigrations and Customs | § | |
|     Enforcement, DRO for San Antonio | § | |
|     Area of Operations and | § | |
|     JOHN ASHCROFT, ATTORNEY | § | |
|     General of the UNITED STATES | § | |
|     Respondents. | § | |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE
AND
STAY OF DEPORTATION**

    The issues raised by the Petitioner herein are identical or similar to those recently addressed in Salazar-Regino v. Trominski., No. CA B-02-045, and the cases that have been consolidated with it. Salazar-Regino, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of Salazar-Regino, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

    The Parties further request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

    Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings (including motion and pleading deadlines) in this case should be held in abeyance pending a final resolution of Salazar-Regino and the consolidated cases and that the Court stay the enforcement of any final removal proceedings pending a final resolution of Salazar-Regino and the consolidated cases.. Furthermore, all deadlines that have been assigned thus far, should be given new dates in

order to appropriately deal with the outcome of <u>Salazar-Regino v. Trominski</u>.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83, Suite 600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance and Stay of Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

STEVEN T. SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Ms. Jodilynn Marie Goodwin
> Attorney at Law
> 1332 E. Tyler
> Harlingen, Texas 78550

on this the 24th day of March, 2004.

STEVEN T. SCHAMMEL
Assistant United States Attorney