IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUANA GARCIA RIOS, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-19 |
| | § | |
| MARC MOORE, Field Office Director, | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, DRO for SAN | § | |
| ANTONIO AREA OF OPERATIONS, and | § | |
| JOHN ASHCROFT, United States | § | |
| Attorney General, | § | |
| Respondents. | § | |

**ORDER TO TRANSFER CASE TO THE FIFTH CIRCUIT COURT OF APPEALS**

Upon Consideration of the Opposed Motion to Transfer Case to the Fifth Circuit Court of Appeals Pursuant to Section 106(c) of the REAL ID Act of 2005 (Docket No. 8) and the Petitioner's Notice of Non-Opposition to Respondent's Motion to Transfer Case to the Fifth Circuit (Docket No. 9), the Court finds that the Motion is hereby **GRANTED**. (Docket No. 8). It is ordered that Petitioner's Opposition to the Motion to Transfer is hereby withdrawn.

The case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed this  3RD  day of August, 2005.

John Wm. Black
United States Magistrate Judge